# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CYNTHIA RODGERS,

    Plaintiff,

v.                                        Case No. 2:21-cv-02259-MSN-tmp

TENNESSEE DEPARTMENT
OF CHILDREN SERVICES,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed April 26, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendations, entered February 4, 2022, (ECF No. 16), which recommended granting Defendant's Motion to Dismiss, (ECF No. 9), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                        MARK S. NORRIS
                        UNITED STATES DISTRICT JUDGE

DATE:     February 04, 2022